UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH MICHAEL CASSELLS,<br><br>Plaintiff,<br><br>v.<br><br>BALRAJ SINGH DHILLON,<br><br>Defendant. | Case No. 2:19-cv-00644-KJM-JDP (PC)<br><br>ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH LOCAL RULES<br><br>ECF No. 23<br><br>RESPONSE DUE WITHIN TWENTY-ONE DAYS |

On November 6, 2020, defendant filed a motion to dismiss plaintiff's first amended complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). ECF No. 23. To date, plaintiff has not opposition or statement of non-opposition to the motion.

In cases where a party is incarcerated and proceeding without counsel, a responding party is required to file an opposition or statement of non-opposition not more twenty-one days after the date the motion is served. E.D. Cal. L.R. 230(l). Failure "to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." *Id*.

To manage its docket effectively, the court imposes deadlines on litigants and requires litigants to meet those deadlines. The court may dismiss a case for plaintiff's failure to prosecute or failure to comply with its orders or local rules. *See* Fed. R. Civ. P. 41(b); *Hells Canyon Pres.*

1

*Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005); *Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988).  Involuntary dismissal is a harsh penalty, but a district court has a duty to administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

     Plaintiff will be given a chance to explain why the court should not dismiss the case for his failure to prosecute and failure to comply with the court's local rules.  Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to show cause within twenty-one days why this case should not be dismissed for failure to prosecute and failure to comply with the local rules.  Should plaintiff wish to continue with this lawsuit, plaintiff shall, within twenty-one days, file an opposition or statement of opposition to defendant's motion.

IT IS SO ORDERED.

Dated:     January 21, 2021

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2